# **Voluntary Petition**

United States District Court
Southern District of Texas
FILED
APR 0 7 2010
David J. Bradley, Clerk of Court

1) Creditor – Collection Technology Incorporated
   PO Box 2036 Montray Park CA, 91754
   Phone: 1-800-620-4284
   Amount owed – 38,597.90

Accounts – D200505014034801
            D200505014034902
            D200505014035003
            D200505014035104
            D200502014035205
            D200505014035306

10-32993-H1-13

Thanks

*Cheryl Stevenson* (signature)
Cheryl Stevenson