To whom it may concern,

I Cheryl Stevenson would like to request an extension for my case #10-32993. I would like time to seek an Attorney.

April 23, 2010

Signed

Cheryl Stevenson

United States Courts
Southern District of Texas
FILED
APR 2 3 2010
Clerk of Court