

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/10/2010

| | | |
|---|---|---|
| IN RE: | § | Case No. 10-32993 |
| CHERYL LAVETT STEVENSON, | § | Chapter 13 |
| Debtor(s). | § | Judge Isgur |

## ORDER DISMISSING CASE

For the reasons set forth on the record on this date, this case is dismissed.

SIGNED **May 10, 2010.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE